IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LOGAN COLIN DUNCAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:15-CV-711-L** |
| | § | |
| **THE STATE OF TEXAS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The case was referred for screening to Magistrate Judge David L. Horan, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 14, 2016, recommending that the court dismiss without prejudice Plaintiff's remaining claim or claims against Major Breeden for failure to prosecute or comply with a court order. No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court, pursuant to Federal Rule of Civil Procedure 41(b), **dismisses without prejudice** Plaintiff's remaining claim or claims against Major Breeden for failure to prosecute or comply with a court order.

**It is so ordered** this 18th day of April, 2016.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Order – Solo Page